| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-10888-AMC

VALERIE R MCDONALD
5119 DITMAN STREET
PHILADELPHIA  PA    19124

Petition Filed Date: 02/07/2017
341 Hearing Date: 04/21/2017
Confirmation Date: 04/18/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $510.00 | 5020077825 | 01/31/2020 | $510.00 | 5020077816 | 02/05/2020 | $510.00 | 5020077834 |
| 02/26/2020 | $510.00 | 5020077888 | 04/08/2020 | $510.00 | 5021272017 | 04/28/2020 | $510.00 | 6112447252 |
| 07/07/2020 | $510.00 | 208938916550 | 07/07/2020 | $510.00 | 208938916560 | 07/24/2020 | $510.00 | 208938918441 |
| 08/10/2020 | $510.00 | 208052196440 | 09/17/2020 | $510.00 | 208901030921 | 10/23/2020 | $510.00 | 208901036267 |
| 12/01/2020 | $510.00 | 77761061631 | 01/06/2021 | $510.00 | 5021272530 | 02/02/2021 | $510.00 | 6113851833 |
| 03/08/2021 | $510.00 | 77761099889 | 03/30/2021 | $510.00 | 209403620129 | 05/12/2021 | $510.00 | 77797990853 |
| 05/26/2021 | $510.00 | 77797992250 | | | | | | |

**Total Receipts for the Period:  $9,690.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $28,180.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | BAYVIEW LOAN SERVICES LLC<br>»» 004 | Mortgage Arrears | $11,476.53 | $9,506.05 | $1,970.48 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $2,442.66 | $2,442.66 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $4,083.59 | $0.00 | $4,083.59 |
| 2 | KHF LENDING LLC<br>»» 002 | Ongoing Mortgage | $12,500.00 | $10,353.82 | $2,146.18 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $451.91 | $0.00 | $451.91 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $399.53 | $0.00 | $399.53 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $309.43 | $0.00 | $309.43 |
| 3 | REGIONAL ACCEPTANCE CORP<br>»» 003 | Unsecured Creditors | $8,444.12 | $0.00 | $8,444.12 |
| 9 | DAVID M OFFEN ESQUIRE<br>»» 009 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

**Chapter 13 Case No. 17-10888-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,180.00 | Current Monthly Payment: | $510.00 |
| Paid to Claims: | $25,302.53 | Arrearages: | $510.00 |
| Paid to Trustee: | $2,418.47 | Total Plan Base: | $32,770.00 |
| Funds on Hand: | $459.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.