United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-10888-amc
Valerie R McDonald  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Mar 22, 2022     Form ID: 138OBJ     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valerie R McDonald, 5119 Ditman Street, Philadelphia, PA 19124-2232 |
| 13924699 | | Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 13880459 | + | KHF Lending, LLC, P.O. Box 2345, La Jolla, CA 92038-2345 |
| 13863409 | + | Lease And Rental Man, 45 Haverhill St, Andover, MA 01810-1499 |
| 14560198 | + | M&T BANK, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14229255 | + | M&T Bank, c/o Ann E. Swartz, Esquire, 123 South Broad Street, Suite 1400, Philadelphia, Pa 19109-1060 |
| 14228900 | + | M&T Bank, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 13863411 | + | McCabe, Weisberg & Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 13863413 | #+ | Midwest Recovery Syste, Po Box 899, Florissant, MO 63032-0899 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 22 2022 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 22 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13962673 | | Email/Text: megan.harper@phila.gov | Mar 22 2022 23:55:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13863406 | + | Email/Text: bknotice@ercbpo.com | Mar 22 2022 23:55:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13863408 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 22 2022 23:54:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13952818 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2022 23:56:11 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13863410 | | Email/Text: camanagement@mtb.com | Mar 22 2022 23:54:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 13863412 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 22 2022 23:55:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 13863414 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2022 23:56:22 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 13931952 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2022 23:56:16 | Portfolio Recovery Associates, LLC, POB 41067, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2022 | Form ID: 138OBJ | Total Noticed: 24 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Norfolk VA 23541 |
| 13863415 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 22 2022 23:56:11 | Regional Acceptance Co, 621 W Newport Pike, Wilmington, DE 19804-3235 |
| 13896592 |  | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 22 2022 23:56:11 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 13863416 | + | Email/Text: bankruptcy@sccompanies.com | Mar 22 2022 23:55:00 | Seventh Avenue, Seventh Avenue, Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13863417 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2022 23:56:11 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13863407 | *+ | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13964070 | *+ | KHF Lending LLC, PO Box 2345, La Jolla,CA 92038-2345 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2022          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor KHF Lending  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor M&T Bank ecfmail@mwc-law.com |
| DAVID M. OFFEN | on behalf of Debtor Valerie R McDonald dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| MARISA MYERS COHEN | on behalf of Creditor KHF Lending  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARISA MYERS COHEN | on behalf of Creditor M&T Bank ecfmail@mwc-law.com  mcohen@mwc-law.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| RAYMOND M. KEMPINSKI | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Mar 22, 2022 | Form ID: 138OBJ | Total Noticed: 24

on behalf of Creditor M&T Bank raykemp1006@gmail.com raykemp1006@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Valerie R McDonald
    Debtor(s)

Case No: 17−10888−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/22/22